PROB 12C
(6/16)

Report Date: December 19, 2017

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Federico Garcia-Meraz        Case Number: 0980 2:17CR00125-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 21, 2017

Original Offense:        Alien in the United States After Deportation, 8 U.S.C. § 1326(a) and 1326(b)(2)

Original Sentence:       Prison - 5 months            Type of Supervision: Supervised Release
                         TSR - 12 months

Asst. U.S. Attorney:     Matthew F. Duggan            Date Supervision Commenced: 12/12/2017

Defense Attorney:        Federal Defenders Office     Date Supervision Expires: 12/11/2018

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Federico Garcia-Meraz failed to report within 72 hours of his release from imprisonment, in violation of standard condition number 1 of his conditions of supervised release.<br><br>Mr. Garcia-Meraz was released from the Spokane County Jail on December 12, 2017. Mr. Garcia-Meraz has failed to report as directed since his release. Mr. Garcia-Meraz's whereabouts are unknown to the U.S. Probation Office. |

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Garcia-Meraz, Federico**
**December 19, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/19/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*

Signature of Judicial Officer

December 20, 2017

Date